555 A.2d 1293

**STOP–N–GO FOOD STORES**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (HERPAK).**

**Appeal of Barbara G. HERPAK.**

Supreme Court of Pennsylvania.

Argued March 8, 1989.

Decided March 21, 1989.

Robert A. Lebovitz, Lebovitz & Lebovitz, P.A., Pittsburgh, for appellant.

Peter B. Skeel, Swensen & Perer, Pittsburgh, Norman R. Haigh, Secretary, W.C.A.B., Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

482

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.